JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

JOANNE CORRIDONI and JOHN CORRIDONI
264 Butler Street
Pittston, Pa 18640

**County of Residence of First Listed Plaintiff** *(EXCEPT IN U.S. PLAINTIFF CASES)*
Luzerne

**Attorneys** *(Firm Name, Address, and Telephone Number)*

Michael A. Lombardo, III, Esquire
HOURIGAN, KLUGER & QUINN, P.C.
600 Third Avenue
Kingston, PA 18704-5815
(570) 825-1745

## DEFENDANTS

**County of Residence of First Listed Defendant** North Carolina
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**Attorneys**

DAVID S. COHEN, ESQUIRE
CAPRI R. STEVENS, ESQUIRE
**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**
Centre Square, West Tower
1500 Market Street, Suite 4100
Philadelphia, PA 19102    (215) 735-7200

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 USC sec 1332 (a)(1) and 1441 (A)

Brief description of cause: Plaintiff alleges injury caused by a slip and fall on ice.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 3/19/2021   SIGNATURE OF ATTORNEY OF RECORD  *DAVID S.COHEN, ESQ*

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOANNE CORRIDONI and JOHN CORRIDONI, wife and husband<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC | CIVIL ACTION<br><br>NO. |

## NOTICE OF REMOVAL

TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendant, LOWE'S HOME CENTERS, LLC, by and through its attorneys, MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, hereby removes the above-captioned case to this Honorable Court and provides notice of same to Counsel representing Plaintiff. In support of this Notice of Removal, the Defendant avers as follows:

1. On March 3, 2021, Plaintiff filed a Complaint in the Court of Common Pleas of Luzerne County against Moving Defendant. See a copy of the Complaint attached hereto and marked as Exhibit "A."

2. Moving defendant was served on March 5, 2021.

3. Counsel for Moving Defendant was assigned the defense of the suit on March 9, 2021.

4. As provided by 28 U.S.C. §1446 (b)(1), the instant Notice is being filed on March 19, 2021. Thus, the instant Notice of Removal is timely filed.

5. In the Complaint, Plaintiffs aver they are domiciled at their Pittston, Pennsylvania address listed in the Complaint and, thus, she is a citizen of Pennsylvania. See Exhibit "A".

6. Defendant Lowe's Home Centers, LLC is a limited liability company registered in North Carolina. See Exhibit "B", a true and correct copy of the declaration of William Ellison.

7. A Stipulation to properly identify the Defendant has been filed with the Court of Common Pleas of Luzerne County on March 12, 2021. A copy of the Stipulation and email from Luzerne County confirming documents recorded is attached hereto and marked as Exhibit "C".

8. It is well established law that a limited liability company's citizenship for diversity purposes is defined by the citizenship of its members. Zambelli Fireworks Mfg. Co. v. Wood, 592 F.3d 412, 420 (3d Cir. 2010).

9. Lowe's Home Centers, LLC's sole member is Lowe's Companies, Inc. See Exhibit "B".

10. Lowe's Companies, Inc. is a North Carolina corporation. See Exhibit "B".

11. Lowe's Companies, Inc.'s registered office for service is 327 Hillsborough Street, Raleigh, North Carolina. See Exhibit "B".

12. Lowe's Companies, Inc.'s principal place of business is 1000 Lowe's Boulevard NB4TA, Mooresville, North Carolina. See Exhibit "B".

13. Therefore, for the purposes of diversity jurisdiction, Defendant adopts the citizenship of its single member, rendering it a citizen of North Carolina.

14. Plaintiffs are citizens of Pennsylvania and Moving Defendant is a citizen of North Carolina, both at the time of the filing of the Complaint, continuing to and including the time of the filing of this Notice of Removal.

15. Thus, there exists diversity of citizenship for this Court to have jurisdiction over this matter.

16. In the Complaint, Plaintiff seeks damages in excess of the Arbitration limits of $50,000.00. See Exhibit "A."

17. Plaintiff specifically alleges that on November 13, 2019, Plaintiff Joanne Corridoni was injured at the Lowe's and as a result, allegedly suffered severe and multiple injuries. See Exhibit "A".

18. Based on the allegations in Plaintiff's Complaint, the amount in controversy is alleged to be in excess of $75,000.00. See Exhibit "A."

19. As such, the above-captioned civil action is one of which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code §1332, based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is alleged to be in excess of $75,000.00, and it is accordingly one which may be removed to this Honorable Court by Notice pursuant to Tile 28 United States Code §1441.

**WHEREFORE**, Moving Defendant respectfully requests that the above action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania be removed to this Honorable Court.

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

BY: */s/ David S. Cohen*
DAVID S. COHEN, ESQUIRE
CAPRI R. STEVENS, ESQUIRE
LOWE'S HOME CENTERS, LLC (incorrectly designated as LOWE'S COMPANIES, INC. d/b/a LOWE'S)
Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
(215) 735-7200

Dated: 3/19/2021                **MSZL&M File No. 003830.000309**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOANNE CORRIDONI and JOHN CORRIDONI, wife and husband<br><br>vs.<br><br>LOWE'S COMPANIES, INC. d/b/a LOWE'S | CIVIL ACTION<br><br>NO. |

**CERTIFICATE OF SERVICE**

    I, **CAPRI R. STEVENS, ESQUIRE**, hereby certify that I caused to be served a copy of ***Defendant's Notice of Removal*** to all parties and/or their counsel of record in this proceeding in accordance with the requirements of the Rules of Civil Procedure via Electronic Mail on the 19th day of March, 2021. Service upon:

Michael A. Lombardo, III, Esquire
HOURIGAN, KLUGER & QUINN, P.C.
600 Third Avenue
Kingston, PA 18704-5815

          **MINTZER, SAROWITZ, ZERIS, LEDVA
          & MEYERS, LLP**

          BY**:** */s/ David S. Cohen*
              DAVID S. COHEN, ESQUIRE
              CAPRI R. STEVENS, ESQUIRE
              Attorney for Defendant, LOWE'S HOME CENTERS, LLC d/b/a LOWE'S
              Centre Square, West Tower
              1500 Market Street, Suite 4100
              Philadelphia, PA 19102
              (215) 735-7200
              **MSZL&M File No. 003830.000307**

Dated: 3/19/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| JOANNE CORRIDONI and JOHN CORRIDONI, wife and husband<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC | CIVIL ACTION<br><br><br>NO. |
|---|---|

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.   (See ' 1:03 of the plan set forth on the reverse side of this form.)   In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)   Habeas Corpus -- Cases brought under 28 U.S.C. ' 2241 through ' 2255.   ( )

(b)   Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c)   Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d)   Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e)   Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f)   Standard Management -- Cases that do not fall into any one of the other tracks.   ( X )

DATE:   3/19/2021        /s/ David S. Cohen
                         CAPRI R. STEVENS, ESQUIRE
                         Attorney-at-Law         Attorney ID # 62545

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
DESIGNATION FORM
(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to appropriate calendar)

Address of Plaintiff: 264 Butler Street Pittston, Pa 18640

Address of Defendant: North Carolina

Place of Accident, Incident or Transaction: 501 Arena Hub Plaza, Wilkes-Barre, PA

---

**RELATED CASE, IF ANY:**
Case Number: _____      Judge _____      Date Terminated: _____

Civil Cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?      Yes ☐    No X
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?      Yes ☐    No X
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?      Yes ☐    No X
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?      Yes ☐    No X

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 3/19/2021          /s/ David S. Cohen          62545
                    Attorney-at-law/Pro Se Plaintiff     Attorney I.D. # (if applicable)

---

CIVIL: (Place √ in one category only)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All Other Federal Question Cases
    (*Please specify*) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. X Other Personal Injury (*Please specify*) – Premise Liability
7. ☐ Products Liability
8. ☐ Products Liability - Asbestos
9. ☐ All other Diversity Cases
    (*Please specify*) _____

---

ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, ___, Counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____          _____          Attorney ID #
                , ESQUIRE     *Attorney I.D. # (if applicable)*
                *Attorney-at-Law / Pro Se Plaintiff*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.